# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Donald Williams, being first duly sworn, depose and say:

1. I am a Special Agent of the United States Secret Service and have been so employed since August 2nd, 2010. I am presently assigned to the Louisville Field Office. Among my duties is the investigation of identity theft, counterfeiting, credit card fraud and bank fraud.

2. I am currently involved in an investigation of violations of 18 U.S.C. §§ 1029 (Access Device Fraud) and 1344 (Bank Fraud). Specifically, the investigation has revealed that Faisal Shardow Braimah knowingly and with intent to defraud was found to be in possession of 10 access devices that had been identified by the affiant to be re-encoded with compromised credit card account numbers belonging to various financial institutions throughout the United States that affected interstate commerce.

3. On December 21, 2011, I was informed by Hopkinsville, Kentucky Police Department (HPD) Detective Tony Sierra and Detective Randall Green that on or about 1800 Hrs on December 19, 2011, Faisal Shadow Braimah was arrested by the Hopkinsville Police Department on a felony charge of fraudulent use of a credit card. Your affiant was informed by these HPD Detectives that when the subject was arrested in Hopkinsville, KY he was found to have purchased a refrigerator at Sears through the use of a counterfeit credit card on December 17, 2011.

4. Following his arrest, the subject waived his Miranda rights, he admitted that he had manufactured and used re-encoded credit cards for the purpose of obtaining merchandise for redistribution.

1

5. Braimah's person was searched incident to arrest and several credit cards to include a credit card blank and a Sam's Club membership card which both had been re-encoded and are currently active as Visa cards. Other re-encoded cards were found in the waistband of his pants. Braimah had a total of 10 re-encoded counterfeit access devices in his possession at the time of his arrest.

6. At the time of his arrest, two receipts were found in the subject's wallet from O'Reilly Auto Parts in Clarksville, TN, in which the subject admitted he had purchased two items valued at $2,239 and $2,279, also with fraudulent re-encoded cards.

7. During his interview, the subject stated that he had purchased an Apple iPad 2 at Walmart in Clarksville, TN using a re-encoded card. Later in the investigation a receipt for the purchase of an iPad 2 was located in the trash in a common walkway outside Braimah's apartment.

8. During his interview, the subject stated that the equipment he used to recode the cards were located in his residence, at 55 Chestnut St, Clarksville TN 37042.

9. On December 20, 2011, the subject signed a federal consent to search form claiming he resided at 55 Chestnut Dr, Apartment B, Clarksville, TN. The subject also stated that he lived at the residence with his girlfriend, Latoya Bingham.

10. On December 20, 2011, HPD Detectives and the affiant responded to 55 Chestnut Drive, Apartment B, Clarksville, TN, along with officers from the Clarksville Police Department, where Bingham was made. Bingham was informed of the situation and gave consent to search the residence by signing a federal consent to search form.

11. While at 55 Chestnut Drive, Apartment B, Bingham informed Williams, Sierra (HPD) and GREEN (HPD) that Braimah had his own apartment that he maintained at 480 Ringgold Road, apartment #23, Clarksville, TN.

12. Bingham also stated that she has observed two separate computers set up in the apartment at 480 Ringgold Road, apartment #23. Bingham also stated there is a locked room in the apartment, which Braimah does not allow her to enter.

13. After leaving the residence of 55 Chestnut Drive, Williams, Seirra (HPD) and Green (HPD) along with officers from Clarksville, TN Police Department responded to 480 Ringgold Road, Apartment 23, Clarksville, TN. Contact was not made with anyone at the residence, however outside of the apartment door, a trash bag was located in a common area. Upon inspecting the contents of the trash bag, multiple receipts from Western Union were found, which had the name Faisal Braimah written on them along with the address, 480 Ringgold Road, Apartment 23, Clarksville, TN. Through further investigation, your affiant made contact with the property manager for 480 Ringgold Road, Cindy Thompson, B&T Construction and was able to verify that 480 Ringgold Road, Apartment 23, Clarksville, TN was currently rented to Faisal Braimah.

14. On December 21, 2011, a Montgomery County General Sessions Court search warrant was obtained and executed at 480 Ringgold Road, Apartment 23, Clarksville, TN. During the search, investigating agents found computers, a card reader/re-encoder that can be used for the purpose of creating counterfeit access devices, thumb drives, approximately 50 blank credit cards, plastic laminates with hologram stickers and magnetic strips, laminating equipment, and various items of electronics equipment still in the box.

15. Based on the foregoing, your affiant submits that there is probable cause to believe that Braimah has violated provisions of federal criminal law, including Title 18, United States Code, Section 1029(a)(1) and Title 18, United States Code, Section 1344, and respectfully request that the Court issue a Criminal Complaint and Warrant for the Arrest of Faisal Shardow Braimah.

_____
Special Agent Donald E. Williams
United States Secret Servoce

Subscribed and sworn to before me this 22nd day of December, 2011.

_____
DAVE WHALIN
United States Magistrate Judge