UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

'12 JAN 10 A10:56

FILED
DISTRICT COURT CLERK
W'STN. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

INDICTMENT

NO. 5:12CR2-R

18 U.S.C. § 1029(a)(1)
18 U.S.C. § 982(a)(2)(B)
18 U.S.C. § 1029(c)(1)(C)

**FAISAL SHARDOW BRAIMAH**

The Grand Jury charges:

## COUNT 1

On or about December 15, 2011, in the Western District of Kentucky, Christian County, Kentucky, the defendant, **FAISAL SHARDOW BRAIMAH**, at a Walmart store, knowingly and with intent to defraud, used a credit card, with card number XXXXXXXXXXXX0112, which card was counterfeit, fictitious, altered or forged, as defined in 18 U.S.C. §§ 1029(e)(1) and (e)(2), said use in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 1029(a)(1).

The Grand Jury further charges:

## COUNT 2

On December 15, 2011, in the Western District of Kentucky, Christian County, Kentucky, the defendant, **FAISAL SHARDOW BRAIMAH**, at a Sears store, knowingly and with intent to defraud, used a credit card, with card number XXXXXXXXXXXX0112, which

card was counterfeit, fictitious, altered or forged, as defined in 18 U.S.C. §§ 1029(e)(1) and (e)(2), said use in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 1029(a)(1).

## NOTICE OF FORFEITURE

If convicted of any violation of Title 18, United States Code, Section 1029(a), **FAISAL SHARDOW BRAIMAH**, defendant herein, shall forfeit to the United States any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of any such violation, and any property used or intended to by used, in any manner or part, to commit or to facilitate the commission of such violation.

Pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C).

A TRUE BILL.

FOREPERSON

for DAVID J. HALE
United States Attorney

DJH:DS:120107

2

UNITED STATES OF AMERICA v. FAISAL SHARDOW BRAIMAH

## PENALTIES

Counts 1-2: NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count)
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

    Misdemeanor: $ 25 per count/individual      Felony: $100 per count/individual
                  $125 per count/other                     $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

    1. INTEREST and PENALTIES as applicable by law according to last date of offense.

        <u>For offenses occurring after December 12, 1987:</u>

        No INTEREST will accrue on fines under $2,500.00.

        INTEREST will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

        PENALTIES of:

        10% of fine balance if payment more than 30 days late.

        15% of fine balance if payment more than 90 days late.

    2.    Recordation of a LIEN shall have the same force and effect as a tax lien.

    3.    Continuous GARNISHMENT may apply until your fine is paid.

    18 U.S.C. §§ 3612, 3613

        If you WILLFULLY refuse to pay your fine, you shall be subject to an ADDITIONAL FINE of not more than the greater of $10,000 or twice the unpaid balance of the fine; or IMPRISONMENT for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:  Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY  40202
502/625-3500

BOWLING GREEN:  Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY  42101
270/393-2500

OWENSBORO:  Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY  42301
270/689-4400

PADUCAH:  Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY  42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

No. 5:12CR2-R

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Paducah Division

THE UNITED STATES OF AMERICA
vs.
FAISAL SHARDOW BRAIMAH

## INDICTMENT
Title 18 U.S.C. § 1029(a)(1); 982(a)(2)(B); 1029(c)(1)(C):
Use of a Counterfeit, Fictitious, Altered or Forged Credit Card with Intent to Defraud.

*A true bill.*

*Foreman*

*Filed in open court this* 10th day, *of* January, A.D. 2012.

FILED
JAN 10 2012
VANESSA L. ARMSTRONG
BY_____
DEPUTY CLERK

*Clerk*

*Bail, $*